§2255

§2255

December 3, 2007



Dear: Judge Robert W. Sweet

Here enclosed you would find petitioner Kaseem Stukes answer to government response pertaining to petitioner 2255, within there's one origanal and two copies for other parties, also there's a copy of petitioner Docket case towhere on page 2 of 13 and 3 of 13 it states petitioner counts have been dissmissed, counts one, two and three and highest offense level (Terminated) petitioner would like to know what's holding incarceration if counts are dissmissed! Please explain current matter

THANK YOU

Khaseem Stukes

Please inform petitioner letter was recieved, and placed to be heard on!

Motion denied, no service upon the Government having been made -

[signature]
U S D J
1-18-08